IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILJO CLEVE SPANG, <br><br> Defendant. | CR 15-16-BLG-SPW; <br> CR 15-69-BLG-SPW <br><br> ORDER |

For the reasons stated on the record, WILJO CLEVE SPANG shall hereby be released from the custody of the U.S. Marshals Service on August 5, 2018, no later than 4:00 p.m.

DATED this 3rd day of August, 2018.

SUSAN P. WATTERS
United States District Judge

1